Eddie Lee GORDON, Petitioner—
Appellant,

v.

Ruth YANCEY, Warden; Federal Bureau of Prisons, Director; United States of America, Respondents–Appellees.

No. 06–6023.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 3, 2006.

Decided: Nov. 28, 2006.

Eddie Lee Gordon, Appellant pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eddie Lee Gordon, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gordon v. Yancey*, No. CA–05–2929 (D.S.C. Nov. 28, 2005; Dec. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*